```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 09691
   MELVIN HALL
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-7652


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/19/2008 and was not confirmed.

     The case was dismissed without confirmation 07/23/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
VERIZON                      UNSECURED       NOT FILED           .00            .00
TCF BANK                     UNSECURED       NOT FILED           .00            .00
CAPITAL ONE                  UNSECURED         1303.58           .00            .00
RIVERSIDE MED CNT            UNSECURED       NOT FILED           .00            .00
RIVERSIDE MED CNT            UNSECURED       NOT FILED           .00            .00
PEPCO                        UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING      UNSECURED         4990.00           .00            .00
COMCAST/CHICAGO              UNSECURED       NOT FILED           .00            .00
ECHO                         UNSECURED       NOT FILED           .00            .00
ECHO                         UNSECURED       NOT FILED           .00            .00
FIRST PREMIER BANK           UNSECURED       NOT FILED           .00            .00
ACF MEDICAL SVC              UNSECURED       NOT FILED           .00            .00
ACUTE CARE SPECIALISTS I     UNSECURED       NOT FILED           .00            .00
ACUTE CARE SPECIALISTS I     UNSECURED       NOT FILED           .00            .00
ACUTE CARE SPECIALISTS I     UNSECURED       NOT FILED           .00            .00
ACUTE CARE SPECIALISTS I     UNSECURED       NOT FILED           .00            .00
SAGE TELECOM INC             UNSECURED       NOT FILED           .00            .00
WEISS MEMORIAL HOSPITAL      UNSECURED       NOT FILED           .00            .00
WEISS MEMORIAL HOSPITAL      UNSECURED       NOT FILED           .00            .00
BANK OF AMERICA              UNSECURED       NOT FILED           .00            .00
TCF BANK                     UNSECURED       NOT FILED           .00            .00
SUN LOAN COMPANY             UNSECURED       NOT FILED           .00            .00
AT&T                         UNSECURED       NOT FILED           .00            .00
SECURED MGNT                 NOTICE ONLY     NOT FILED           .00            .00
IL STATE DISBURSEMENT UN     DSO ARREARS     NOT FILED           .00            .00
IL STATE DISBURSEMENT UN     UNSECURED       NOT FILED           .00            .00
IL STATE DISBURSEMENT UN     DSO ARREARS     NOT FILED           .00            .00
IL STATE DISBURSEMENT UN     DSO ARREARS     NOT FILED           .00            .00
IL STATE DISBURSEMENT UN     DSO ARREARS     NOT FILED           .00            .00
IL STATE DISBURSEMENT UN     UNSECURED       NOT FILED           .00            .00
IL STATE DISBURSEMENT UN     DSO ARREARS     NOT FILED           .00            .00
IL STATE DISBURSEMENT UN     DSO ARREARS     NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC      DEBTOR ATTY       2,324.00                      322.00
TOM VAUGHN                   TRUSTEE                                          28.00
DEBTOR REFUND                REFUND                                             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09691 MELVIN HALL
```

```
    Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    350.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                               .00
ADMINISTRATIVE                                       322.00
TRUSTEE COMPENSATION                                  28.00
DEBTOR REFUND                                           .00
                        ---------------         ---------------
TOTALS                     350.00                   350.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 11/19/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
       CASE NO. 08 B 09691 MELVIN HALL